UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN TOTIN,

    *Plaintiff*,

v.

BOHEMIA REALTY GROUP, SARAH SALTZBERG, JON GOODELL, KAREN PAUL, CHELSEA PICKEN, JORDAN SILVER, and MATTHRE WARNER KIERNAN,

    *Defendants*.

Civil Action No. 1:21-cv-05416-KPF

**MEMO ENDORSED**

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Brian Totin and Defendant Jordan Silver hereby agree to entry of an Order dismissing all claims in this action against Defendant Jordan Silver with prejudice. Each party agrees to bear its own costs and fees.

Dated: September 20, 2021

_____
Brian Totin
PO Box 230581
New York, NY 10023
(917)-881-1830
brian@briantotin.com

*Appearing Pro Se*

*martin schwimmer*
Martin B. Schwimmer
LEASON ELLIS LLP
One Barker Avenue
White Plains, New York 10601
Phone: (914) 288-0022
Fax: (914) 288-0023
Email: schwimmer@leasonellis.com

*Attorneys for Defendant Jordan Silver*

SO ORDERED.

*Katherine Polk Failla*

Date: September 22, 2021
      New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE