UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Brian Totin,

                      Plaintiff,

    - against -

Bohemia Realty Group LLC, et al.,

                    Defendants.
------------------------------------------------------------X

21-cv-5416 (KPF) (RWL)

**TELEPHONE**
**CONFERENCE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    This case has been referred to me for settlement. A telephone conference will be held on **November 16, 2021, at 2:30 p.m.** in advance of a settlement conference. The parties are instructed to review and adhere to Judge Lehrburger's Individual Practices and Settlement Conference Procedures. The parties shall call the teleconference line at **(888)-398-2342** and enter access code: **9543348**.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: 11/04/2021
       New York, New York

Copies transmitted (via ECF) to all parties of record and to:

Brian Totin (pro se)
P.O. Box 230581
New York, N.Y. 10023