UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Brian Totin,

                        Plaintiff,

     - against -

Bohemia Realty Group, LLC., et al.,

                      Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2021

21-cv-5416 (KPF) (RWL)

**SETTLEMENT**
**CONFERENCE ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      A settlement conference before Judge Robert W. Lehrburger is hereby scheduled for **December 16, 2021, at 9:30 a.m. to be conducted via Microsoft Teams.** The parties are instructed to review and adhere to Judge Lehrburger's individual Settlement Conference Procedures. The parties are further instructed to submit their pre-conference submissions, along with their Attendance Acknowledgment Form (available in pdf fillable format as attachment to the Settlement Conference Procedures) no later than December 9, 2021, by 5:00 p.m.

                                          SO ORDERED.

                                           _____
                                           ROBERT W. LEHRBURGER
                                           UNITED STATES MAGISTRATE JUDGE

Dated: 11/4/2021
        New York, New York

Copies transmitted this date to all parties of record and mailed to:

Brian Totin (pro se)
P.O. Box 230581
New York, N.Y. 10023